# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:10CV228** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER TO ANSWER** |
| **RUSSELL OBERMILLER,** | ) | **INTERROGATORIES** |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Rule 69 of the Federal Rules of Civil Procedure,

**IT IS ORDERED:**

1. Russell Obermiller shall answer within twenty-one (21) days of the date of the service of this Order each of the items contained within the sheet entitled Interrogatories Propounded by United States of America to Defendant, which accompanied the pleading entitled Motion to Compel Judgment Debtor to Answer Written Interrogatories and Memorandum in Support Thereof.

2. The plaintiff shall mail a copy of this Order to the defendant return receipt requested. The plaintiff shall file a certificate of such service.

DATED this 23rd day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge